UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-80042-CR-RLR

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.

**JOHN KITZELMAN,**
*Defendant.*
_____/

## GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DE 119)

The United States of America, by and through the undersigned Assistant United States Attorney, files this response in opposition to the early termination of the term of supervised release filed by defendant at docket entry 119, based upon the following:

1. On March 16, 2003, defendant was indicted by a grand jury sitting in West Palm Beach, Florida, and charged with the offenses of possession of a stolen firearms, at count one, and possession of a firearm by a convicted felon, at count two, arising from the burglary of several residences in Palm Beach County (DE #1).

2. On April 28, 2004, defendant entered his plea of guilty to count two of the indictment, that is to the charge of possession of a firearm by a convicted felon.

3. On July 9, 2004, after a hearing at which objections to the presentence investigation report were heard, the court entered a judgment that defendant should be incarcerated for a total period of 188 months by the Bureau of Prisons. In addition, the court sentenced defendant to a term of 5 years of supervised release after the completion

of the term of incarceration, and total of $100 in special assessments and count one was dismissed. (This sentence was affirmed on appeal. Mandate issued on September 13, 2005, at Eleventh Circuit Court of Appeals Case No. 04-13707-GG.)

4. On November 8, 2017, defendant was released from incarceration and commenced his terms of supervised release.  Defendant has been on supervised release for a total of 31 months of his 60 month term of supervised release.

5. Defendant has a prior criminal record that was taken into account at the time sentence was originally imposed.  That prior criminal history included convictions in the state of Florida criminal courts including convictions for possession with the intent to distribute drugs and possession of firearms by a convicted felon.  Additionally, defendant had violated state imposed periods of probation, was convicted of escape and failed to appear on at least one prior criminal charge.  At the time the defendant was arrested on the offenses giving rise to this case, he had been released from prison on a prior sentence imposed in the courts of the State of Florida for a period of 28 days. A review of his prior criminal history and presentence report indicates at the time the sentence on the instant case was imposed, defendant, whose criminal record began at the age of 18 and continued through this matter at the age of 32, was classified as an armed career criminal.  Further, defendant, by his own admission, was a person addicted to illegal drugs since he was a teenager.  During the course of his current supervision, he has been charged with driving under the influence of alcohol while on a jetski, which was resolved by fine.

6. Defendant has gone to AA meetings to address his alcohol abuse issues. His drug testing for illegal drugs have all been negative for drug usage.

7. Defendant has not shown any extraordinary efforts during his current period of supervised release. Instead, he has followed the basic rules as he is required to do. This motion is a request to be freed from the guidance, and review of activities, by the United States Probation Department by an individual who has shown on more than one occasion that he has been unable to follow the rules of being on probation and pretrial release in addition to committing crimes after having been previously convicted in the courts of the state of Florida. The supervision defendant is currently undergoing is positive in helping him maintain a law abiding lifestyle in comparison to his previous life.

WHEREFORE, for the foregoing reasons, the United States objects to the early termination of defendant's term of supervised release and respectfully requests that this Court deny the motion.

Respectfully Submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *S/ Ellen L. Cohen*
ELLEN L. COHEN
ASSISTANT U.S. ATTORNEY
FLA. BAR NO. 0739472
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
Ellen.Cohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 11, 2020, I electronically filed the GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DE 119), with the Clerk of the Court using CM/ECF.

                          _S/ Ellen L. Cohen_
                          ELLEN L. COHEN
                          ASSISTANT UNITED STATES ATTORNEY